FILED

08 JAN 11 PM 4: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. '08 MJ 0084 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography |
| EDGARDO CARLOS VILAS ) | |
| Defendant. ) | |

The undersigned Complainant, being duly sworn, states:

On or about January 11, 2008, within the Southern District of California, defendant EDGARDO CARLOS VILAS, did knowingly possess one or more matters, that is computer media containing visual images, including files "youngfuck3.jpg" and "youngwhore4.jpg", that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Cara Chace
Special Agent, U.S. ICE

Sworn to me and subscribed in my presence this 11 day of January 2008.

UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) having been so employed for approximately five years. I am currently assigned to the Cyber-crimes group within the ICE Office of Investigations, Cybercrimes division in San Diego, California. Prior to this time, I interned for 18 months with the former U.S. Customs Service. I have received training from the Federal Law Enforcement Training Center and other law enforcement agencies in the area of child pornography investigations and pedophile behavior. I have assisted, or been the affiant, in the service of over 35 search warrants involving computer/cyber crimes. I received basic training from ICE regarding cyber-crime investigations. I am currently assigned to the Internet Crimes Against Children (ICAC) Task Force in San Diego, CA. This task force includes members of the San Diego Police Department, San Diego Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigation, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego District Attorney's Office. This complaint is based on my own investigation as well as information received from fellow ICE Agents and other law enforcement officers.

In April 2006, Immigration and Customs Enforcement (ICE, Cyber Crimes Center (C3)), Child Exploitation Section (CES) initiated an investigation into a criminal organization operating/controlling numerous commercial child exploitation websites. The investigation began with the identification of the commercial child exploitation website known as "Home Collection." The investigation has revealed that the same criminal organization is operating in excess of 200 different commercial child exploitation websites. In addition, the organization utilizes various PayPal accounts to process the payments for access to the member-restricted websites.

In or about November 2007, I learned from other ICE Agents that the person controlling email account evilas1391@hughes.net had paid money through PayPal to subscribe to the illegal CP website that allowed him (and others) to access, download and distribute thousands of images of child pornography. The person controlling evilas1391@hughes.net submitted his name as to PayPal as Edgardo Vilas, and gave a residence of PO Box 685/9426 Oak Grove Drive, Descanso, CA 91916.

1  On January 11, 2008, ICE agents executed a federal search warrant at Vilas' residence and located
2  loose media, including cd's and dvd's containing still images and videos of child pornography. One such
3  image, file name "youngfuck3.jpg" depicts a naked female child from the waist down, who appears to be
4  approximately six years old. The focus of the photograph is the girl's vagina. There is text across the
5  photograph, which states, "Fresh Pussy!". A second image, file name "youngwhore4.jpg" depicts a naked
6  prepubescent female lying on her left side with her legs spread apart, exposing her genitalia. The focus of
7  the photograph is on her vagina. The following text is written across the photograph: "Drill Her Tight
8  Pussy! Slippery When Wet!". "Enter Here!" is written directly below her exposed vagina. Both images
9  were found on a dvd located in a dresser drawer in the master bedroom.

After having been advised of his <u>Miranda</u> rights, and knowingly waiving his rights, Vilas acknowledged possession of the dvd containing child pornography seized by the agents as material that he had previously copied from his home computer. These images have been copied and are available for the Court's review. Vilas also admitted to purchasing child pornography consistently over the past ten years. Vilas stated he is a teacher at Rancho Del Campo, Juvenile Court and Community Schools, but denied ever sexually molesting any of his students.

*[signature]*

Cara Chace
Special Agent, U.S. ICE

3