AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| EDGARDO CARLOS VILAS | |

CASE NUMBER: 08CR 0346-JM

I, EDGARDO CARLOS VILAS, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(4)(B)– possession of child pornography (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Feb 12, 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER