| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | ALESSANDRA P. SERANO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 204796 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7084/(619) 557-7381 (Fax) |
| | Email: alessandra.p.serano@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0346-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| EDGARDO VILAS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Alessandra P. Serano | 204796 | 619/557-7084 | alessandra.p.serano@usdoj.gov |

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case: |

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| n/a | | | |

Please call me if you have any questions about this notice.

DATED: April 23, 2008.

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        s/Alessandra P. Serano

                                        _____
                                        ALESSANDRA P. SERANO
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: alessandra.p.serano@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>EDGARDO VILAS,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 08CR0346-JM<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of United States' Notice of Attorney Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Mark Adams, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2008.

                                                       s/Alessandra P. Serano<br>
                                                       ALESSANDRA P. SERANO